

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-16-2015

# In Re: Commonwealth's Motion

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: Commonwealth's Motion" (2015). *2015 Decisions*. Paper 620.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/620

This June is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 13-3853, No. 13-3854, No. 13-3855, No. 13-4070, No. 13-4269, No. 13-4325
_____

In Re: Commonwealth's Motion to Appoint Counsel Against
or Directed to Defender Association of Philadelphia

The Defender Association of
Philadelphia,
Appellant in No. 13-3853

In Re: Proceedings Before the Court of Common Pleas of
Monroe County, Pa. to Determine Propriety of Stat
Court Representation by Defender Association of
Philadelphia

The Defender Association of
Philadelphia,
Appellant in No. 13-3854

In Re: Commonwealth's Request for Relief Against or
Directed to Defender Association of Philadelphia

The Defender Association of
Philadelphia,
Appellant in No. 13-3855

In Re: Proceeding Before The Court of Common Pleas Of
Philadelphia To Determine The Propriety of The
Defender Association of Philadelphia's Representation of
William Johnson In Commonwealth of Pennsylvania
v. Johnson

Commonwealth of Pennsylvania,
Appellant in No. 13-4070

In Re: Commonwealth of Pennsylvania's Rule to Show Cause
Filed in Commonwealth of Pennsylvania v. William
Housman

The Defender Association of
Philadelphia,
Appellant in 13-4269

In Re: Commonwealth's Motion to Appoint New Counsel
Against or Directed to Defender Association of Philadelphia

Commonwealth of Pennsylvania,
Appellant in No. 13-4325

_____

On Appeal from the United States District Court for the Eastern District of Pennsylvania
(Civil Action No. 2-13-mc-00062)
District Judge: Hon. Cynthia M. Rufe
(Civil Action No. 2-13-cv-02242)
District Judge: Hon. Berle M. Schiller

On Appeal from the United States District Court for the Middle District of Pennsylvania
(Civil Action Nos. 1-13-cv-00510; 3-13-cv-00511; 1-13-cv-00561; 1-13-cv-02103)
District Judge: Hon. A. Richard Caputo

_____

Argued: June 25, 2014

Before: MCKEE, *Chief Judge*, FUENTES, GREENAWAY, JR., *Circuit Judges*.

## ORDER AMENDING OPINION

**IT IS HEREBY ORDERED** that the Concurring Opinion filed in this case

on June 10, 2015, be amended as follows:

   **Footnote 1, Justice McCaffery's** name is misspelled.  Footnote 1,
line 2 currently reads as "Justice McAfferty".  The correct spelling should be
"**Justice McCaffery"**

         BY THE COURT:

         /s/ Theodore A. McKee
         CHIEF CIRCUIT JUDGE

Dated:  June 16, 2015